IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 08 2024

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

Ezedinma, Chukwuemeka A._____, Plaintiff

v.

**Jury Trial requested:**
(please check one)
___ Yes   X   No

Douglas County District Court - Division 7._____,

_____,

_____,

_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Ezedinma, Chukwuemeka A. 7492 South Memphis Street, Aurora, Colorado 80016.
(Name and complete mailing address)

303 808 6169. emekaezedinma@gmail.com
(Telephone number and e-mail address)

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Douglas County District Court - Division 7. 4000 Justice Way, Castle Rock, CO 80109.
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 2: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 3: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 4: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

## C.   JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

__X__   Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

Pub. L. 88-352, 78 Stat.241, enacted July 2, 1964.

____   Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Civil Rights Violation and Discrimination.

Supporting facts:

1. This Plaintiff has filled three motions in the Douglas County District court - Division 7 which has not been heard in more than one year. Thereby Denying this Plaintiff full access to the judicial system. This violates this Plaintiff's Civil Rights and First Amendment Rights.

2. This Plaintiff has been subdued, oppressed and subjugated to undue hardship by the defendant.

3. One of the motions filed by this Plaintiff is with regards to minor children. The Defendant has refused to hear this motion because the lives of minor black children does not matter to the Defendant.

4. The Defendant continues to make up unlawful laws in their courtroom so as to teach an African immigrant a racist "lesson".

5. The Defendant has incarcerated this Plaintiff three times for contempt of court in a divorce proceeding.

6. The Defendant has issued warrants of arrest and the highest cash bond on this Plaintiff for missing a divorce case appearance.

7. This Plaintiff has been shackled, bound arms to waist with bound ankles and put in a red jumpsuit and segregated with the hardest criminals in the Douglas County jail for missing a divorce court date.

8. More than ten years later this Plaintiff still suffers from nightmares from being incarcerated for missing a divorce court date.

9. This Defendant continues to suppress this Plaintiff's motions but continues to hear motions against this Plaintiff filed by adversaries.

10. This Defendant continues to entertain fabricated hearsay testimonies attributed to minor children.

11. This Defendant ruled that a twelve year old can give legal consent.

12. This Defendant made public health information of minor children thereby going against the Health Insurance Portability and Accountability Act.

13. This Defendant continues to move this Plaintiff from Division to Division and from magistrate to magistrate so that they can practice their discriminatory acts on an African immigrant.

4

### E. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

From the aforementioned Civil and First Amendment Rights Violation claims this Plaintiff is asking for relief in the amount of $300,000,000.00 ( Three Hundred Million United States of America Dollars. )

### F. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*[signature]*
(Plaintiff's signature)

12/27/2023
(Date)

(Revised February 2022)